Kathleen C. Jeffries (State Bar #110362)
kjeffries@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 460
Pasadena, California 91101
Telephone:  (626) 795-4700
Facsimile:   (626) 795-4790

Attorneys for Defendant and Counterclaimant
DAYLIGHT TRANSPORT, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PRINTING MANAGEMENT ASSOCIATES, a California corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAYLIGHT TRANSPORT, LLC, a California corporation; and DOES 1 through 25, inclusive,<br><br>　　　　Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No. 15-CV-09099 DDP (PLAx)<br><br>ORDER ON STIPULATION RE DISMISSAL |
|---|---|

　　　Based upon the stipulation by and between the parties hereto, plaintiff and counter-defendant Printing Management Associates and defendant and counterclaimant Daylight Transport, LLC, by and through their attorneys of record, and the facts that a settlement agreement has been reached between such parties for

_____
PROOF OF SERVICE

full resolution of the above-referenced case and that that the terms of said agreement have been satisfied,

    IT IS HEREBY ORDERED that the entire case is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: September 27, 2016

_____
Hon. Dean D. Pregerson
United States District Court Judge

_____

PROOF OF SERVICE